1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SCOTT N. JOHNSON,
                                      NO. Civ.S-11-1995 LKK/CKD
11          Plaintiff,

12      v.                            **ORDER RE DISPOSAL**
                                      **DOCUMENTS AFTER**
13   NGUYEN, et al.,                  **NOTIFICATION OF SETTLEMENT**

14          Defendants.
     _____/

15

16      Counsel for plaintiff has filed a Notice of Settlement in the

17   above-captioned case.  The court now orders that the dispositional

18   documents disposing of the case be filed no later than twenty (20)

19   days from the effective date of this order.

20      All hearing dates heretofore set in this matter are hereby

21   **VACATED.**

22      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

23   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

24   ////

25   ////

26   ////

                                  1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2 |     IT IS SO ORDERED.

3 |     DATED:  December 12, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2